**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | | |
|---|---|---|
| ERIC R. BRANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-01049-WCG |
| | ) | |
| SCHNEIDER NATIONAL INC., | ) | Judge William C. Griesbach |
| SCHNEIDER NATIONAL CARRIERS INC., | ) | |
| SCHNEIDER FINANCE INC., and DOE | ) | |
| DEFENDANTS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANTS' DISCLOSURE STATEMENT**

The undersigned, counsel of record for Defendants Schneider National, Inc., Schneider National Carriers, Inc., and Schneider Finance, Inc. (collectively, "Defendants"), furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

(1) The full name of every party or amicus the undersigned represents in this action:

- Defendant Schneider National, Inc.
- Defendant Schneider National Carriers, Inc.
- Defendant Schneider Finance, Inc.

(2) Any parent corporation and any publicly held corporation owning 10% or more identified parties' stock:

Defendants Schneider National, Inc. and Schneider Finance, Inc. are each wholly-owned subsidiaries of Defendant Schneider National, Inc. ("SNI"). SNI is publicly-traded on the New York Stock Exchange under the symbol SNDR.

1

(3) The names of all law firms whose attorneys will appear, or are expected to appear, for Defendants in this Court:

**MCGUIREWOODS LLP**
Joel H. Spitz
Michael R. Phillips
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818

Matthew C. Kane (*application for admission forthcoming*)
Amy E. Beverlin (*application for admission forthcoming*)
1800 Century Park East, 7th Floor
Los Angeles, CA 90067

Dated this 21st day of August, 2020.

/s/ Michael R. Phillips
Joel H. Spitz
WI State Bar No. 1001301
Michael R. Phillips
IL State Bar No. 06225845
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Tel.: (312) 849-8011
Fax: (312) 849-3690
Email Addresses: jspitz@mcguirewoods.com
mphillips@mcguirewoods.com

*Attorneys for Defendants*