# United States District Court

EASTERN DISTRICT OF WISCONSIN

ERIC R. BRANT,

        Plaintiff,

    v.

SCHNEIDER NATIONAL INC., et al.,

        Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 20-C-1049

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒    **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff takes nothing, the case is DISMISSED.

        Approved:  s/ William C. Griesbach
                             WILLIAM C. GRIESBACH
                             United States District Judge

Dated:  May 20, 2021

                             GINA M. COLLETTI
                             Clerk of Court

                             s/ Lori Hanson
                             (By) Deputy Clerk