UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ERIC R. BRANT, THOMAS CAMPBELL, and BRIAN MINOR, individually and on behalf of all other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>SCHNEIDER NATIONAL INC., SCHNEIDER NATIONAL CARRIERS INC., SCHNEIDER FINANCE INC., and DOE DEFENDANTS 1-10,<br><br>Defendants. | Case No. 1:20-cv-01049-WCG<br><br>Judge William C. Griesbach |

## JOINT STIPULATION FOR TOLLING OF CLAIMS

**IT IS HEREBY STIPULATED AND AGREED**, Defendants Schneider National Carriers, Inc., *et al.* and Plaintiffs Eric Brant, Thomas Campbell, and Brian Minor, *et al.* (collectively, "the Parties"), by and through their respective counsel, agree that any applicable statute of limitations under the Fair Labor Standards Act, 29 U.S.C. §213, *et seq.*, the Wisconsin State Labor Law, or any other applicable statute of limitations shall be tolled for the period commencing from August 2, 2023 and ending on October 31, 2023 for the following individuals: Charles Thomas Steadman, Jerry Lewis, Joel Torres, Royce Godine, and Gavin DuBois.

Dated: September 1, 2023

*/s/ Emily Sullivan*
GETMAN, SWEENEY & DUNN, PLLC
Matt Dunn
Emily J. Sullivan
260 Fair Street
Kingston, NY 12401
(845) 255-9370
mdunn@getmansweeney.com

esullivan@getmansweeney.com

**Attorneys For Plaintiffs**

/s/  David D. Leishman
State Bar No. 6307957
Joel H. Spitz
State Bar No. 1001301
jspitz@mcguirewoods.com
Michael R. Phillips
State Bar No. 06225845 (IL)
mphillips@mcguirewoods.com
David D. Leishman
State Bar No. 6307957 (IL)
dleishman@mcguirewoods.com
MCGUIREWOODS LLP
77 West Wacker Drive, 41st Floor
Chicago, IL  60601
T: (312) 849-8100
F: (312) 849-3690

**Attorneys for Defendants**

SO ORDERED

By: _____

Hon. William C. Griesbach