UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ERIC R. BRANT, et al.,

        Plaintiffs,

        v.                                        Case No. 20-C-1049

SCHNEIDER NATIONAL INC., et al.,

        Defendants.

## ORDER GRANTING MOTION TO RESTRICT AND MOTION TO REDACT

The parties in the above matter filed motions to restrict certain documents that each included as support of their summary judgment briefs. Dkt. Nos. 190 & 197. The court denied those motions for failure to show good cause but gave the parties 30 days to renew their motions. Dkt. No. 199. Defendants have done so on behalf of all parties. Dkt. No. 201. Plaintiffs also filed a related motion to redact certain documents. Dkt. No. 200.

Specifically, Defendants seek to restrict Best Practice Guide Driver Manual (Dkt. No 190-8 at 8–29), Highway to Success Company Driver Manual (Dkt. Nos. 190-8 at 30–48, 190-12 to 190-14), Best Practices Guide Driver Manual (Dkt. Nos. 190-9 to 190-11), Orientation Instructional Aid: Facilitator's Comments (Dkt. No. 190-3 at 2–6), Orientation Instructional Aid: Facilitator's Comments (Dkt. No. 190-15 at 2–53), Contractor 101 Orientation (Dkt. No. 190-4 at 15–26), Pre-Repo Process (Dkt. No. 190-5 at 6–9), Owner-Operator Recruiting Reference Guide (Dkt. No. 10–14), Recruitment FAQ (Dkt. No. 190-15 at 54–55), and Truck Financing Contract Closing Presentation (Dkt. No. 190-5 at 10–42). Plaintiffs seek to redact social security numbers

on certain documents that are not subject to Defendants' renewed motion to restrict. *See* Dkt. Nos. 190-3 at 7–14, 190-6 at 2–5, 190-7 at 2–7, 9–17, 190-8 at 49–51.

Defendants' supplemental motion to restrict is unopposed and they have marked the relevant documents as confidential pursuant to the court's protective order. *See* Dkt. No. 124. Defendants explain that the documents subject to the motion to restrict contain information that has been developed by Defendants over many years and is proprietary and secret. Consequently, making such information publicly available would create concerns over use by competitors. The documents subject to the Defendants' motion have also been filed on the public docket in a redacted form. Pursuant to General L.R. 79(d), the court finds good cause and will grant Defendants' renewed motion to restrict (Dkt. No. 201). Plaintiffs' motion to redact is also unopposed. The court finds good cause to redact the social security numbers as they are not relevant to deciding Defendants' motion for summary judgment. *See Patterson v. Howe*, No. 116CV03364KMBSEB, 2023 WL 3203115, at *4 (S.D. Ind. May 2, 2023); *see also O'Leary v. Humana Ins. Co.*, No. 17-C-1774, 2020 WL 7038820, at *8 (E.D. Wis. Nov. 30, 2020). Accordingly, the court will grant Plaintiffs' motion to redact (Dkt. No. 200).

**IT IS THEREFORE ORDERED** that Defendants' supplemental motion to restrict (Dkt. No. 201) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' motion to redact (Dkt. No. 200) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs are to **refile** their Brief in Opposition (Dkt. No. 191) so as to reflect the restrictions granted in this Order. In their refiling, Plaintiffs are ordered to amend attachments 1 through 16 such that only those portions that the court has found ought to be restricted to case participants and attorneys of record are redacted. Plaintiffs should

also redact any social security numbers that appear in attachments 1 through 16. Plaintiffs are further ordered to include complete versions of attachments 1 through 16, efiled as attachments 17 through 32[1] of the same docket entry, as restricted. The Clerk is directed to confirm that attachments 17 through 32 are restricted to case participants and attorneys of record.

**IT IS FURTHER ORDERED** that the Clerk is to strike Dkt. No. 191 and relink any filings responsive to Dkt. No. 191 accordingly.

Dated at Green Bay, Wisconsin this 5th day of November, 2024.

s/ William C. Griesbach
William C. Griesbach
United States District Judge

---

[1] Plaintiffs are directed to contact the Green Bay Office of the Clerk of Court if they have any questions with the above refiling procedure. Contact information can be found at https://www.wied.uscourts.gov/court-locations/green-bay.