ERIC R. BRANT, THOMAS CAMPBELL, and
BRIAN MINOR, individually and on behalf of
all other similarly situated persons,

                                         Case No. 20-C-1049

        Plaintiffs,

    v.

SCHNEIDER NATIONAL INC., SCHNEIDER
NATIONAL CARRIERS INC., SCHNEIDER
FINANCE INC., SCHNEIDER NATIONAL
BULK CARRIERS INC., and DOE
DEFENDANTS 1-10,

        Defendants.

## FINAL JUDGMENT

WHEREAS, on June 30, 2026, the Court entered its Order Granting the Parties' Motion for Final Approval of Settlement (the "Final Approval Order"), granting final approval to the Settlement;

WHEREAS, in the Final Approval Order, the Court found that the Settlement is fair, reasonable, and adequate within the meaning of the Fair Labor Standards Act ("FLSA"), and all other applicable law;

WHEREAS, the Court has found that the Notice fairly and adequately informed the Plaintiffs of the terms of the Settlement, and was consistent with FLSA and due process;

WHEREAS, in the Final Approval Order, the Court approved the Settlement Administrator to make payments and distributions and take all measures described in the Settlement Agreement as called for in the Final Approval Order;

31466359.1

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

This Court hereby enters final judgment in this case approving the Agreement as fair, reasonable, and adequate, and dismisses this case with prejudice, in accordance with the terms of the Agreement and the Final Approval Order.

Plaintiffs (as defined in the Agreement) received Notice and the Court finds them to be bound by this Final Judgment.

Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the Plaintiffs, and the Defendants for the purpose of enforcing the Agreement, addressing settlement administration disputes, and addressing such post-judgment matters as may be appropriate under Court rules or applicable law.

Dated this 30th day of June, 2026.

_____
William C. Griesbach
United States District Judge